# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **CLARA L. BOWMAN** | **CASE NO –5:25-BK-00226-MJC** |
| **Debtor** | |

## CERTIFICATE OF SERVICE

I, Charles Laputka, Esquire, do hereby certify that on the 4th day of February 2025, a true and correct copy of the Notice, Proposed Order and Motion to Continue Automatic Stay Pursuant to 11 U.S.C. Section 362, were served upon the following parties via electronic delivery through the U.S. Bankruptcy Court's ECF system or USPS first class mail upon:

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

Howard W. Bowman Jr
332 C Upper Raven Creek Rd
Benton, PA 17814-7763

PHFA
211 North Front St
Harrisburg, PA 17101-1466

Shellpoint Mortgage Servicing
PO Box 650840
Dallas, TX 75265-0840

Clara Bowman
332 Upper Raven Creek Rd
Benton, PA 17814-7763

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

                                      Laputka Law Office, LLC

                                      <u>/s/ Charles Laputka, Esquire</u>
                                      Charles Laputka, Esq.
                                      Attorney for Debtor
                                      PAID: 91984
                                      1344 W. Hamilton St.
                                      Allentown, PA 18102