

**aramark**

Aramark Campus, LLC
2400 Market Street
Philadelphia, PA 19103
615-864-9298

**Pay Statement**

Period Start Date 11/07/2024
Period End Date 11/20/2024
Pay Date 11/27/2024
Document 25555782

**Net Pay** **$394.02**

## Pay Details

**Clara L. Bowman**
1332c Upper Raven Creek Road
Benton, PA 17814
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 030405691 | Pay Group | Bi-Weekly B Wednesday 4 | |
| Pay Frequency | Biweekly | Location | 400 E Second St | |
| | | Line Of Bus | 50LOB - Collegiate Hospitality | |
| | | Service Type | 021531 - Bloomsburg Roongos | |
| | | Profit Ctr | 500086500 | |
| | | District | 50311W - Bauman, M. | |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 11/07/2024 | 11/13/2024 | 14.183300 | $15.1000 | $214.17 | |
| Regular Pay-Hourly | 2 | 11/14/2024 | 11/20/2024 | 18.150000 | $15.1000 | $274.06 | $7,018.83 |
| Holiday Pay | | | | 0.000000 | $0.0000 | $0.00 | $59.20 |
| ShftPersonalTim | | | | 0.000000 | $0.0000 | $0.00 | $118.40 |

Total Hours Worked  32.333300          Total Hours  32.333300

## Deductions

| Deduction | Pre-Tax | Employee Current | Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| UnionDu1-2ndPay | No | $0.00 | $0.00 | $19.00 | $0.00 | $0.00 |
| UnionDu1-AllPay | No | $31.72 | $0.00 | $484.12 | $0.00 | $0.00 |
| UnionInit1-All | No | | | $100.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $15.46 |
| Employee Medicare | $7.08 | $104.35 |
| Social Security Employee Tax | $30.27 | $446.18 |
| PA State Income Tax | $14.99 | $220.93 |
| BLOOMSBURG | $7.81 | $115.15 |
| BLOOMSBURG ASD | $0.19 | $3.23 |
| BLOOMSBURG BORO | $1.81 | $30.77 |
| PA Unemployment Employee | $0.34 | $5.02 |

## Paid Time Off

| | | | Net Pay Distribution | | | |
|---|---|---|---|---|---|---|
| Plan | Current | Balance | Account Number | Account Type | | Amount |

| | Account Number | Account Type | Amount |
|---|---|---|---|
| | Total | | $394.02 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $488.23 | $488.23 | $62.49 | $31.72 | $394.02 |
| YTD | $7,196.43 | $7,196.43 | $941.09 | $603.12 | $5,652.22 |

*vsn 20210505*



**aramark**

Aramark Campus, LLC
2400 Market Street
Philadelphia, PA 19103
615-864-9298

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/21/2024 |
| Period End Date | 12/04/2024 |
| Pay Date | 12/12/2024 |
| Document | 25699148 |

**Net Pay**    **$192.06**

## Pay Details

**Clara L. Bowman**
1332c Upper Raven Creek Road
Benton, PA 17814
USA

| | | | |
|---|---|---|---|
| Employee Number | 030405691 | Pay Group | Bi-Weekly B Wednesday 4 |
| Pay Frequency | Biweekly | Location | 400 E Second St |
| | | Line Of Bus | 50LOB - Collegiate Hospitality |
| | | Service Type | 021531 - Bloomsburg Roongos |
| | | Profit Ctr | 500086500 |
| | | District | 50311W - Bauman, M. |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 11/21/2024 | 11/27/2024 | 5.066700 | $15.1000 | $76.51 | |
| Regular Pay-Hourly | 2 | 11/28/2024 | 12/04/2024 | 4.000000 | $15.1000 | $60.40 | $7,155.74 |
| Holiday Pay | 2 | 11/28/2024 | 12/04/2024 | 8.000000 | $15.1000 | $120.80 | $180.00 |
| ShftPersonalTim | | | | 0.000000 | $0.0000 | $0.00 | $118.40 |

Total Hours Worked  9.066700      Total Hours  17.066700

## Deductions

| Deduction | Pre-Tax | Employee Current | Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| UnionDu1-2ndPay | No | | | $19.00 | $0.00 | $0.00 |
| UnionDu1-AllPay | No | $31.72 | $0.00 | $515.84 | $0.00 | $0.00 |
| UnionInit1-All | No | | | $100.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $15.46 |
| Employee Medicare | $3.74 | $108.09 |
| Social Security Employee Tax | $15.98 | $462.16 |
| PA State Income Tax | $7.91 | $228.84 |
| BLOOMSBURG | $4.12 | $119.27 |
| BLOOMSBURG ASD | $0.19 | $3.42 |
| BLOOMSBURG BORO | $1.81 | $32.58 |
| PA Unemployment Employee | $0.18 | $5.20 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|

| | Account Number | Account Type | Amount |
|---|---|---|---|
| Total | | | $192.06 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $257.71 | $257.71 | $33.93 | $31.72 | $192.06 |
| YTD | $7,454.14 | $7,454.14 | $975.02 | $634.84 | $5,844.28 |

*vsn 20210505*



Aramark Campus, LLC
2400 Market Street
Philadelphia, PA 19103
615-864-9298

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/05/2024 |
| Period End Date | 12/18/2024 |
| Pay Date | 12/26/2024 |
| Document | 25838498 |

**Net Pay**    **$375.50**

## Pay Details

**Clara L. Bowman**
1332c Upper Raven Creek Road
Benton, PA 17814
USA

| | | | |
|---|---|---|---|
| Employee Number | 030405691 | Pay Group | Bi-Weekly B Wednesday 4 |
| Pay Frequency | Biweekly | Location | 400 E Second St |
| | | Line Of Bus | 50LOB - Collegiate Hospitality |
| | | Service Type | 021531 - Bloomsburg Roongos |
| | | Profit Ctr | 500086500 |
| | | District | 50311W - Bauman, M. |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 12/05/2024 | 12/11/2024 | 18.316700 | $15.1000 | $276.58 | |
| Regular Pay-Hourly | 2 | 12/12/2024 | 12/18/2024 | 4.616700 | $15.1000 | $69.71 | $7,502.03 |
| ShftPersonalTim | 2 | 12/12/2024 | 12/18/2024 | 8.000000 | $15.1000 | $120.80 | $239.20 |
| Holiday Pay | | | | 0.000000 | $0.0000 | $0.00 | $180.00 |

Total Hours Worked   22.933400      Total Hours   30.933400

## Deductions

| Deduction | Pre-Tax | Employee Current | Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| UnionDu1-2ndPay | No | $0.00 | $0.00 | $19.00 | $0.00 | $0.00 |
| UnionDu1-AllPay | No | $31.72 | $0.00 | $547.56 | $0.00 | $0.00 |
| UnionInit1-All | No | | | $100.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $15.46 |
| Employee Medicare | $6.77 | $114.86 |
| Social Security Employee Tax | $28.96 | $491.12 |
| PA State Income Tax | $14.34 | $243.18 |
| BLOOMSBURG | $7.47 | $126.74 |
| BLOOMSBURG ASD | $0.19 | $3.61 |
| BLOOMSBURG BORO | $1.81 | $34.39 |
| PA Unemployment Employee | $0.33 | $5.53 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|

| | Account Number | Account Type | Amount |
|---|---|---|---|
| Total | | | $375.50 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $467.09 | $467.09 | $59.87 | $31.72 | $375.50 |
| YTD | $7,921.23 | $7,921.23 | $1,034.89 | $666.56 | $6,219.78 |

*vsn 20210505*



**Aramark Campus, LLC**
2400 Market Street
Philadelphia, PA 19103
615-864-9298

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/16/2025 |
| Period End Date | 01/29/2025 |
| Pay Date | 02/06/2025 |
| Document | 26202205 |
| **Net Pay** | **$144.87** |

## Pay Details

**Clara L. Bowman**
1332c Upper Raven Creek Road
Benton, PA 17814
USA

| | | | |
|---|---|---|---|
| Employee Number | 030405691 | Pay Group | Bi-Weekly B Wednesday 4 |
| Pay Frequency | Biweekly | Location | 400 E Second St |
| | | Line Of Bus | 50LOB - Collegiate Hospitality |
| | | Service Type | 021531 - Bloomsburg Roongos |
| | | Profit Ctr | 500086500 |
| | | District | 50311W - Bauman, M. |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 01/16/2025 | 01/22/2025 | 4.000000 | $15.1000 | $60.40 | |
| Regular Pay-Hourly | 2 | 01/23/2025 | 01/29/2025 | 9.500000 | $15.1000 | $143.45 | $203.85 |

Total Hours Worked  13.500000        Total Hours  13.500000

## Deductions

| Deduction | Pre-Tax | Employee Current | Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| UnionDu1-AllPay | No | $31.72 | $0.00 | $31.72 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $2.96 | $2.96 |
| Social Security Employee Tax | $12.64 | $12.64 |
| PA State Income Tax | $6.26 | $6.26 |
| BLOOMSBURG | $3.26 | $3.26 |
| BLOOMSBURG ASD | $0.19 | $0.19 |
| BLOOMSBURG BORO | $1.81 | $1.81 |
| PA Unemployment Employee | $0.14 | $0.14 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 8.0000 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1106 | Checking | $144.87 |
| Total | | $144.87 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $203.85 | $203.85 | $27.26 | $31.72 | **$144.87** |