Certificate Number: 15317-PAM-DE-039424556

Bankruptcy Case Number: 25-00226


15317-PAM-DE-039424556

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 9, 2025</u>, at <u>7:05</u> o'clock <u>PM PDT</u>, <u>Clara L Bowman</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 10, 2025</u>         By:   <u>/s/Rolyn Martinada</u>

                                   Name: <u>Rolyn Martinada</u>

                                   Title: <u>Credit Counselor</u>