UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| CLARA LUCILLE BOWMAN | : | |
| | : | BANKRUPTCY NO. 25-00226 |
| Debtor | : | |
| | : | |
| PENNSYLVANIA HOUSING FINANCE | : | |
| AGENCY HOMEOWNER'S EMERGECNY | : | |
| MORTGAGE ASSISTANCE PROGRAM | : | RELATED TO DOCUMENT NO. 25 |
| | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| CLARA LUCILLE BOWMAN | : | |
| AND JACK ZAHAROPOULOS | : | |
| Respondents | : | |

## WITHDRAWAL OF OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

AND NOW comes Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program by its attorneys and hereby withdraws the Objections to Chapter 13 Plan, heretofore filed on March 4, 2025 to Docket No. 25, in the above case.

                                            PURCELL, KRUG & HALLER

                                            By: /s/Katie M. Housman
                                                  Katie M. Housman, Esquire
                                                  1719 North Front Street
                                                  Harrisburg, PA 17102-2392
Dated: April 10. 2025                       (717)234-4178 ID # 331942
                                                  Attorney for Pennsylvania Housing
                                                  Finance Agency Homeowners'
                                                  Emergency Assistance Program

# CERTIFICATE OF SERVICE

I, Katie M. Housman, attorney for Pennsylvania Housing Finance Agency Homeowners' Emergency Mortgage Assistance Program, hereby certify that a true and correct copy of the foregoing Withdrawal of Objections to Chapter 13 Plan was forwarded to the following individuals by regular U. S. Mail, first class service, postage prepaid, on April 10, 2025, addressed as follows:

CLARA LUCILLE BOWMAN
1332 C UPPER RAVEN CREEK ROAD
BENTON, PA 17814

U.S. Trustee
Via E-Mail: ECF/CM

Charles Laputka, Esquire
Via E-Mail: ECF/CM

Jack Zaharopoulos, Trustee
Via E-Mail: ECF/CM


/s/Katie M. Housman_____
Katie M. Housman


Dated: April 10, 2025