Rev. Dec 1, 2011

# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>CLARA LUCILLE BOWMAN<br>　　　　*Debtor(s)*<br>---------------------------------------------------<br>US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST<br>　　　　*Movant*<br>vs.<br>CLARA LUCILLE BOWMAN,<br>　　　　*Debtor/Respondent*<br>HOWARD W. BOWMAN, JR.<br>　　　　*Non-Filing Co-Debtor/Respondent*<br>JACK N. ZAHAROPOULOS, Esquire,<br>　　　　*Trustee/Respondent* | Bankruptcy No: 25-00226-MJC<br>Chapter: 13 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
　　☐ Thirty (30) days.
　　☒ Forty-five (45) days.
　　☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: July 10, 2025　　　　　　　/s/ Danielle Boyle-Ebersole
　　　　　　　　　　　　　　　　Attorney for:　U.S. Bank Trust National Association, et al.

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.