United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-00226-MJC |
| Clara Lucille Bowman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 06, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

**Recip ID**       **Recipient Name and Address**
+     Howard W. Bowman, Jr., 1332 C Upper Raven Creek Road, Benton, PA 17814-7763

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:

**Name**      **Email Address**

Charles Laputka
     on behalf of Debtor 1 Clara Lucille Bowman ecfnotices@laputkalaw.com
     jen@laputkalaw.com;jbolles@laputkalaw.com;Laputka.CharlesB@notify.bestcase.com;laputka.charlesb@notify.bestcase.com

Danielle Boyle-Ebersole
     on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

Denise E. Carlon
     on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
     ecf_pahu_alt@trustee13.com

Katie Housman
     on behalf of Creditor Pennsylvania Housing Finance Agency-Hemap khousman@pkh.com

| | |
|---|---|
| Stephanie Walczak | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust swalczak@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-00226-MJC |
|     CLARA LUCILLE BOWMAN | Chapter 13 |
|        *Debtor* | |
| US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST | |
|        *Movant* | |
| vs. | |
| CLARA LUCILLE BOWMAN, | |
|        *Debtor/Respondent* | |
| HOWARD W. BOWMAN, JR. | |
| *Non-Filing Co-Debtor/Respondent* | |
| and | |
| JACK N. ZAHAROPOULOS, Esquire, | |
|        *Trustee/Respondent* | |

## ORDER

Upon consideration of the Amended Certification of Default of Movant, US Bank Trust National Association, not in its Individual Capacity but solely as Owner Trustee for VRMTG Asset Trust, Doc. 51, it is hereby

**ORDERED** that the Motion is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified and lifted with respect to the premises, 1332 C. Upper Raven Creek Road, Benton, PA 17814; and it is further

**ORDERED** that the 14-day stay provided by Rule 4001(a)(4) is hereby waived.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 6, 2025